IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAPER, ALLIED-INDUSTRIAL, CHEMICAL AND ENERGY WORKERS INTERNATIONAL UNION, A.F.L.-C.I.O., CLC LOCAL NO. 8-5,<br><br>    Petitioner,<br><br>  v.<br><br>SHELL OIL PRODUCTS US MARTINEZ REFINERY,<br><br>    Respondent.<br>_____/ | No. C 06-05441 CW<br><br>ORDER SETTING BRIEFING SCHEDULE AND VACATING CASE MANAGEMENT CONFERENCE |

    On September 5, 2006, Petitioner Paper, Allied-Industrial, Chemical and Energy Workers International Union, A.F.L.-C.I.P, CLC Local No. 8-5, filed a Petition to Compel Arbitration.

    IT IS HEREBY ORDERED that Petitioner shall file within two weeks of the date of this order a motion to compel arbitration. Respondent's opposition will be due two weeks thereafter, and any reply by Respondent will be due one week later.  The motion will be deemed submitted on the papers and no hearing will be held unless ordered by the Court.  The Case Management Conference, previously set for December 8, 2006, is vacated.

Dated 10/26/06

                                                        CLAUDIA WILKEN<br>
                                                        United States District Judge

United States District Court
For the Northern District of California